**Electronically Filed**
**Supreme Court**
**SCWC-19-0000107**
**12-JUN-2024**
**09:53 AM**
**Dkt. 23 OGAC**

SCWC-19-0000107

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

_____

MĀLAMA KAKANILUA, an unincorporated association;
CLARE H. APANA; and KANILOA LANI KAMAUNU,
Petitioners/Plaintiffs-Appellants,

vs.

DIRECTOR OF THE DEPARTMENT OF PUBLIC WORKS, COUNTY OF MAUI;
and MAUI LANI PARTNERS, a domestic partnership,
Respondents/Defendants-Appellees.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000107; CASE NO. 2CC181000122)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., McKenna, Eddins, Ginoza, and Devens, JJ.)

Petitioners/Plaintiffs-Appellants Mālama Kakanilua,
Clare H. Apana, and Kaniloa Lani Kamaunu's Application for Writ of
Certiorari, filed on April 14, 2024, is hereby accepted and will
be scheduled for oral argument.  The parties will be notified by
the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, June 12, 2024.

/s/ Mark E. Recktenwald

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

